35 So.2d 918

**Robert H. CARPENTER v. STATE.**

**6 Div. 543.**

Court of Appeals of Alabama.
April 27, 1948.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Appeal dismissed.

36 So.2d 608

**James L. CARTER v. J. W. HINTON (Auto Finance Co.)**

**7 Div. 946.**

Court of Appeals of Alabama.
May 27, 1948.

PER CURIAM.
Appeal dismissed, want of prosecution.

32 So.2d 175

**James CARTER v. STATE.**

**8 Div. 561.**

Court of Appeals of Alabama.
May 27, 1947.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

32 So.2d 175

**Chas. A. CHAMBERS v. STATE.**

**6 Div. 425.**

Court of Appeals of Alabama.
May 6, 1947.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.

32 So.2d 175

**Henry Clay CHAMPION v. STATE.**

**3 Div. 884.**

Court of Appeals of Alabama.
May 20, 1947.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Affirmed.

34 So.2d 31

**Billy, alias B. C. CHANDLER v. STATE.**

**7 Div. 939.**

Court of Appeals of Alabama.
Jan. 20, 1948.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.